# Court of Appeals
# of the State of Georgia

ATLANTA,  December 26, 2019

*The Court of Appeals hereby passes the following order:*

**A20E0021. OSAGIE EKHORUTOMWEN v. DOMINISHA JAMISON.**

The Appellant in the above-styled case has filed a motion pursuant to Court Rule 40(b) entitled Appellant's Motion For Extension Of Time To File Application For Discretionary Appeal.  The application for discretionary appeal is due on December 26, 2019.  Said motion is hereby GRANTED.  Appellant's application for discretionary appeal is due on January 27, 2020.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  12/26/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*